UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                          )
                                                )
JOEL ALAN HINCHMAN and                          )      NO. 13-91505
BRANDY NICOLE HINCHMAN,                         )      Chapter 7
            Debtors.                            )
                                                )

## MOTION FOR TURNOVER ORDER

NOW COMES Kristin L. Wilson, Chapter 7 Trustee, and for her Motion for Turnover respectfully states as follows:

1. The Debtors filed their Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on December 10, 2013.

2. I serve as the Debtors' Chapter 7 Bankruptcy Trustee.

3. On January 9, 2014 I took the Debtors' testimony at the 341 hearing in Danville, Illinois.

4. Debtor, Joel Hinchman, listed on the schedules a 2008 Harley Davidson FXDF Dyna Fat Bob with a value of $8,400.00, no liens and Debtor, Joel Hinchman has taken an exemption of $2,400.00 leaving non-exempt equity in the amount of $6,000.00. Debtor, Joel Hinchman is the sole owner of said motorcycle. Debtors have exhausted their wildcard exemption.

5. That it is the Trustee's intent to take possession of the 2008 Harley Davidson FXDF Dyna Fat Bob, sell same and distribute funds from the sale to the unsecured creditors.

WHEREFORE, Kristin L. Wilson, Chapter 7 Trustee, respectfully prays that:

The Debtors be ordered to turn over the 2008 Harley Davidson FXDF Dyna Fat Bob to the undersigned Trustee within 10 days of the entry of the order on Motion for Turnover.

                                                /s/Kristin L. Wilson
                                                Kristin L. Wilson
                                                Chapter 7 Trustee

<u>CERTIFICATE OF SERVICE</u>

    It is hereby certified that a true and correct copy of the foregoing Motion for Turnover Order has been deposited this date in an envelope securely sealed with sufficient postage affixed thereto in the United States Post Office at Charleston, Illinois, legibly addressed to:

Joel and Brandy Hinchman
PO Box 194
Oakwood, IL 61858


    I hereby certify that on the 20th day of January, 2014, a true and correct copy of the foregoing pleading was served by electronic mail upon:

        Robert Follmer        Nancy J. Gargula
        201 W. Olive St.       United States Trustee
        Bloomington, IL 60953  401 Main Street
                                        Suite 1100
                                        Peoria, IL 61602

    DATED this 20th day of January 2014.


                                            /s/ Kristin L. Wilson
                                            Kristin L. Wilson


KRISTIN L. WILSON
Chapter 7 Trustee
600 Jackson Avenue
Charleston, IL  61920
Telephone:  (217) 345-3929
Fax:       (217) 345-6501